## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **8:04CR288** |
| **Plaintiff,** | ) | **8:06CR32** |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **MARY S. BECERRA,** | ) | |
| | ) | |
| **Defendant.** | ) | |

Previously, the court granted Bill Bracker's motion to withdraw as counsel in 8:04CR288.  Subsequently, the defendant Mary S. Becerra (Becerra) has been re-indicted in 8:06CR32.  William L. Switzer, Jr., has been appointed as Becerra's counsel in 8:06CR32.  Mr. Bracker had been supplied with discovery materials in 8:04CR288.  Mr. Bracker shall forthwith provide Mr. Switzer with the discovery materials provided the defendant by the government and such other materials obtained by Mr. Bracker which are material to Becerra's defense.

**IT IS SO ORDERED.**

DATED this 6th day of March, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge