IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:04CR288 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| MARY S. BECERRA, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court after appeal to the United States Court of Appeals for the Eighth Circuit, Filing Nos. 42 and 43. Pursuant to the mandate of the Court of Appeals,

IT IS HEREBY ORDERED that this action is dismissed without prejudice to reprosecution of the charges alleged in the Superceding Indictment, Filing No. 10.

DATED this 8th day of March, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge